PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>James English Pierce</u>   Case Number: <u>1:12-00010-04</u>

Name of Judicial Officer: <u>Honorable Aleta A. Trauger, U. S. District Judge</u>

Date of Original Sentence: <u>October 17, 2013</u>

Original Offense: <u>Ct. 1: 18 U.S.C. § 371 & § 2, Conspiracy to Provide and Attempt to Provide Contraband to an Inmate of a Prison; Ct. 8: 18 U.S.C. § 1791(a)(1) & § 2, Providing and Attempting to Provide Contraband to an Inmate in Prison</u>

Original Sentence: <u>13 months' custody; 3 years' supervised release, Ct. 1 to run concurrently with Maury County Criminal Court, Columbia, Tennessee Case Nos. 14713, 20676 and 20749 with Ct. 8 to run consecutively with the unexpired Maury County Criminal Case No. 14713</u>

Type of Supervision: <u>Supervised Release</u>   Date Supervision Commenced: <u>June 7, 2016</u>

Assistant U.S. Attorney: <u>To be determined</u>   Defense Attorney: <u>Eileen M. Parrish</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this _16th_ day of _Sept._, 2016, and made a part of the records in the above case.

Aleta A. Trauger
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

Jon R. Hahn
U.S. Probation Officer

Place   Columbia, Tennessee

Date   September 16, 2016

ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **Shall not purchase, possess, use, distribute, or administer any controlled substance:**

James Pierce was unable to provide a urine screen on September 8, 2016. Mr. Pierce stated he had used methamphetamine on four out of the last six days. Mr. Pierce states he was smoking approximately 3/4 of a gram during each use.

**Compliance with Supervision Conditions and Prior Interventions:**

James Pierce is employed and resides with his daughter in Maury County, Tennessee.

Mr. Pierce is currently attending mental health counseling with Centerstone Mental Health and is in the probation office's drug testing program. This officer has had discussions with the counselor at Centerstone, and they have since met with Mr. Pierce and started him on a different regiment of medication.

**U.S. Probation Officer Recommendation:**

It is requested that Mr. Pierce be continued on supervised release.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
  Donna Jackson
  Supervisory U.S. Probation Officer